IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MICHAEL RHODES**                                                    **PLAINTIFF**

vs.                 **CASE NO. 4:07 CV01053-BSM**

**UNION PACIFIC RAILROAD COMPANY**                **DEFENDANT**

### ORDER OF DISMISSAL WITH PREJUDICE

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims against defendant be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 18th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

Approved:

Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Attorneys for Plaintiff

_____
By: Richard J. Zalasky

FRIDAY, ELDREDGE & CLARK LLP
2000 Regions Center
400 West Capitol
Little Rock, AR 72201-3493
Attorneys for Defendant

_____
By: Joseph P. McKay